_____ FILED          _____ ENTERED
_____ LOGGED         _____ RECEIVED

MAR 28 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, and JOHN COOK, JR.<br><br>Defendants. | **DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br>DNJ Case No. 3:21-cv-12971-ZNQ-RLS |

## DEFENDANTS' MOTION TO COMPEL COMPLIANCE OF JOSEPH KENARY WITH THIRD PARTY DOCUMENT SUBPOENA

Pursuant to Rule 37 and Rule 45 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendants Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr. ("Defendants"), by and through counsel, moves and request that the Court compel third party Joseph Kenary ("Kenary") to produce documents and information in compliance with the third-party subpoena duces tecum (the "Document Subpoena). Defendants request that this Court order Kenary to produce documents responsive to its request.

Defendants served the Document Subpoena to Joseph Kenary on October 18, 2022. Defendants Document Subpoena contained the following requests:

1. Any and all documents and/or communications, from January 1, 2018 to present, by and between Ranger or RDL, its employees or representatives, regarding or relating to any

representations made or actual or potential investigation by the SEC into Ranger, RDL or any of their affiliated entities.

2. Any and all documents and/or communications, from January 1, 2018 to present, by and between Ranger or RDL, its employees or representatives, regarding the Defendants in this action connected to the actual or potential SEC investigation by the SEC into Ranger, RDL or any of their affiliated entities.

3. Any and all documents and/or communications, from January 1, 2018 to present, by and between Ranger or RDL, its employees or representatives regarding any wrongdoing by any Defendant(s) in this action connected to the actual or potential SEC investigation by the SEC into Ranger, RDL or any of their affiliated entities.

4. Any and all documents and/or communications concerning the removal of Ranger as manager of RDL's funds.

On or about November 1, 2022, counsel for Kenary informed Defendants that Kenary did not possess any responsive documents to Defendants requests. Over the next several months, Defendants met and conferred with Kenary counsel multiple times concerning the Document Subpoena. Defendants attempted in good faith to resolve issues that arose concerning the Document Subpoena but were unsuccessful. Defendants even provided search terms to Kenary in attempt to aid Kenary in searching documents responsive to Defendants' requests.

After several meet and confers between the parties, and a hearing conference with the Honorable Rukhsanah L. Singh concerning the Document Subpoena, Defendants have been unable to resolve the third-party document subpoena issues with Kenary.

Defendants maintain a reasonable and good faith belief that Kenary has in his possession and control relevant and responsive documents to Defendants narrowly tailored requests. Kenary's current role with RDL Realisation PLC ("RDL") gives Defendants a reasonable belief Kenary has in his possession custody and control responsive communications and documents concerning the underlying SEC investigation, and communications by Ranger concerning the Defendants.

For the foregoing reasons and those set forth in the accompanying memorandum, this Court should refer the matter back to the District of New Jersey for resolution by the Federal Magistrate Judge that has been managing all discovery-related litigation in this matter. Should the Court retain jurisdiction, Defendants request that the Court grant Defendants' Motion to Compel and enter an order requiring Joseph Kenary to comply with the third-party subpoena and to produce documents in accordance with the subpoena.

DATED: March 27, 2023

                                                  **ARMSTRONG TEASDALE LLP**

                                                  __/s/ Michael K. Lowman_____
                                                  Michael K. Lowman, Esq., 980620039
                                                  mlowman@atllp.com
                                                  7700 Forsyth Blvd., Suite 1800
                                                  St. Louis, MO 63105
                                                  314-621-5070

                                                  *ATTORNEY FOR PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, AND JOHN COOK, JR.*