UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, WALTER WOJCIECHOWSKI, and JOHN COOK, JR.,<br><br>　　　　Defendants. | Civil Action No.:<br>1:23-cv-00841-JRR<br><br><br>Case in District of New Jersey:<br>3:21-cv-12971-ZNQ-RL |

### NOTICE OF APPEARANCE

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for:

PRINCETON ALTERNATIVE FUNDING, LLC,

MICROBILT CORPORATION,

PHILIP N. BURGESS,

WALTER WOJCIECHOWSKI, and

JOHN COOK, JR.,

Defendants in the above-styled matter.

[Signature Page Follows]

1

-2-

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ARNALL GOLDEN GREGORY LLP |
| Dated:  May 25, 2023 | */s/ Jeffrey S. Jacobovitz*<br>Jeffrey S. Jacobovitz (MD Bar: # 8802040010)<br>2100 Pennsylvania Avenue NW<br>Suite 350S<br>Washington, DC 20037<br>Telephone:  202.677.4030<br>Facsimile:   202.677.4031<br><br>Attorneys for Defendants |

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically transmit notice and service copies to all counsel of record.

                                        */s/ Jeffrey S. Jacobovitz*
                                          Jeffrey S. Jacobovitz