# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Civil Action No. 1:23-cv-00841-JRR |
| | : | |
| | : | Judge Hon. Beth P. Gesner |
| Plaintiff, | : | |
| | : | |
| v. | : | Case in other Federal Court: |
| | : | |
| PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, WALTER WOJCIECHOWSKI, and JOHN COOK, JR., | : : : : | District of New Jersey 3:21-cv-12971-ZNQ-RL |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION FOR
## EXTENSION OF TIME FOR DEFENDANTS TO REPLY TO
## RESPONSE OF JOSEPH KENARY TO DEFENDANTS' MOTION TO
## COMPEL COMPLIANCE WITH THIRD PARTY DOCUMENT SUBPOENA

Defendants Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr. ("Defendants"), and Respondent Joseph Kenary ("Kenary") (together, the "Parties"), hereby stipulate that Defendants shall have an extension of time until June 30, 2023 (the "New Filing Date"), to file a Reply to Kenary's Response to Defendants' Motion to Compel Compliance with Third Party Document Subpoena (the "Motion to Compel"). The Parties, through this Stipulation, advise the Court that they are attempting to amicably resolve the issues raised by the Motion to Compel, and that, in order to get that accomplished, the Parties are requesting that the Court approve this Stipulation extending the filing deadline for Defendants' Reply from May 30, 2023, to June 30, 2023.

| | |
|---|---|
| **Defendants,** <br> **By Their Attorney,** | **Respondent,** <br> **By His Attorney,** |
| */s/ Jeffrey S. Jacobovitz* <br> Jeffrey S. Jacobovitz, Esquire <br> Maryland Bar No. 8802040010 <br> **ARNALL GOLDEN GREGORY LLP** <br> 2100 Pennsylvania Avenue NW, Suite 350S <br> Washington, DC 20037 <br> jeffrey.jacobovitz@agg.com | */s/ Creighton R. Magid* <br> Creighton R. Magid, Esquire <br> Maryland Bar No. 15488 <br> **DORSEY & WHITNEY LLP** <br> 1401 New York Avenue, N.W., Suite 900 <br> Washington, D.C. 20005 <br> magid.chip@dorsey.com |
| **Of Counsel (to be admitted** *pro hac vice***):** | **Of Counsel**: |
| **KROVATIN NAU LLC** <br> Gerald Krovatin, Esquire <br> (NJ Attorney No. 024351977) <br> 60 Park Place, Suite 1100 <br> Newark, New Jersey 07102 <br> gkrovatin@krovatin.com | **DORSEY & WHITNEY LLP** <br> J. Brian Vanderwoude <br> 200 Crescent Court, Suite 1600 <br> Dallas, Texas 75201 <br> Telephone: (214) 981-9900 Fax: (214) 981-9901 <br> vanderwoude.brian@dorsey.com |
| **MCCABE LAW GROUP, LLC** <br> Gerard M. McCabe, Esquire <br> (PA Attorney No. 66564) <br> 42 Hawkswell Circle <br> Oreland, PA 19075 <br> gmccabe@mccabe.law | |

**SO ORDERED:**

_____
JUDGE BETH P. GESNER

Dated: May ___, 2023