UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Civil Action No. 1:23-cv-00841-JRR |
| | : | |
| | : | Judge Hon. Beth P. Gesner |
| Plaintiff, | : | |
| | : | |
| v. | : | Case in other Federal Court: |
| | : | |
| PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, WALTER WOJCIECHOWSKI, and JOHN COOK, JR., | : | District of New Jersey |
| | : | 3:21-cv-12971-ZNQ-RL |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' STATUS REPORT
REGARDING DEFENDANTS' MOTION TO COMPEL
COMPLIANCE WITH THIRD PARTY DOCUMENT SUBPOENA**

Defendants Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr. ("Defendants"), through their undersigned counsel, hereby submit this Status Report regarding Defendants' Motion to Compel Compliance With Third Party Subpoena (the "Motion") (ECF No. 1).

Defendants acknowledge that this Court's Minute Order requested this Status Report to be jointly filed but, as recounted in Defendants' Reply (ECF No. 9) just filed (the "Reply"), Defendants' counsel, despite multiple attempts have been unable to reach J. Brian Vanderwoude, Esquire ("Attorney Vanderwoude"), counsel for Joseph Kenary with whom Defendants' counsel had been previously and solely engaging.

With regard to the current status of this matter, the Reply explains that Defendants, as a result of earlier conferencing with Attorney Vanderwoude, including a conference with the

magistrate judge in the Bellah Litigation,[1] had requested a final set of search terms to be utilized for the search of Kenary's available databases. As the Reply reflects, however, Defendants' counsel, despite what had been perceived as an agreement to conduct the additional and final new search of Mr. Kenary's databases, have been unable to reach Attorney Vanderwoude. As a result, Defendants have requested in their Reply that this Court order that Mr. Kenary perform an additional search using that set of new search terms restated in the Reply and that Mr. Kenary produce the results of that new search to Defendants within 20 days of the Court's order with appropriate privilege redactions, to the extent necessary. For this reason, the Reply succinctly states the current status of this matter.

For the above reasons, and those set forth in the Reply, Defendants again request that Court order the relief requested in the Reply, namely a final search of Mr. Kenary's databases using the search terms restated in the Reply, and for Mr. Kenary to produce within 20 days of such Order all responsive documents subject only to redaction consistent with standard privileges.

**Defendants,**
**By Their Attorney,**

*/s/ Jeffrey S. Jacobovitz*
Jeffrey S. Jacobovitz, Esquire
Maryland Bar No. 8802040010
**ARNALL GOLDEN GREGORY LLP**
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
jeffrey.jacobovitz@agg.com

---

[1] By way of quick background, Defendants filed a similar Motion to Compel against Steven Bellah ("Bellah"), a colleague of Mr. Kenary, which matter is filed and venued in the United States District Court for the Northern District of Texas, Civil Docket 1:23-cv-00841-JRR (the "Bellah Litigation"). Defendants had been working with Attorney Vanderwoude to conduct a similar final search in the Bellah Litigation, but, as with this matter, Defendants were unable to reach and achieve a consensus with Attorney Vanderwoude.

**Of Counsel (to be admitted *pro hac vice*):**

**KROVATIN NAU LLC**
Gerald Krovatin, Esquire
(NJ Attorney No. 024351977)
60 Park Place, Suite 1100
Newark, New Jersey 07102
gkrovatin@krovatin.com

**McCabe Law Group, LLC**
Gerard M. McCabe, Esquire
(PA Attorney No. 66564)
42 Hawkswell Circle
Oreland, PA 19075
gmccabe@mccabe.law

Dated: June 30, 2023

## CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, hereby certify that, on June 30, 2023, I electronically filed the foregoing Reply using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jeffrey S. Jacobovitz*
Jeffrey S. Jacobovitz, Esquire