IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Securities and Exchange Commission          *

**Plaintiff,**
                                            *
**v.**                                         Case No. 1:23-cv-00841-JRR
                                            *
Princeton Alternative Funding, LLC et al

**Defendant.**                                 *

### MOTION FOR ADMISSION PRO HAC VICE

I, Jeffrey S. Jacobovitz, am a member in good standing of the bar of this Court. I am moving the admission of Gerard M. McCabe to appear pro hac vice in this case as counsel for Defendants.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Pennsylvania (December 17, 1992) | USDC EDPA (December 17, 1992) |
|  | USCA Third (March 15, 1996) |
|  |  |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*[signature]*

Signature

Jeffrey S. Jacobovitz, Bar No. 03294

Printed name and bar number

Arnall Golden Gregory LLP

Office name

2100 Pennsylvania Ave N.W., Suite 350S, Washington, DC 20037

Address

(202) 677-4056

Telephone number

(202) 677-4031

Fax Number

jeffrey.jacobovitz@agg.com

Email Address

PROPOSED ADMITTEE

*[signature]*

Signature

Gerard M. McCabe

Printed name

McCABE.LAW GROUP, LLC

Office name

42 Hawkswell Circle, Oreland, PA 19075

Address

(215) 965-0004

Telephone number

(215) 965-0013

Fax Number

gmccabe@mccabe.law

Email Address