

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Gerard Matthias McCabe, Esq.*

**DATE OF ADMISSION**

*December 17, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 29, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk