UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE
MDD_BPGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

July 27, 2023

Michael K. Lowman, Esq.
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105

Creighton R. Magid, Esq.
Dorsey & Whitney, LLP
Suite 900
1401 New York Ave., N.W.
Washington, DC  20005

J. Brian Vanderwoude, Esq.
Dorsey & Whitney, LLP
200 Crescent Court, Suite 1600
Dallas, TX  75201

Re: Securities and Exchange Commission v. Princeton Alternative Funding, LLC, et al., Civil No. JRR-23-841

Dear Counsel:

Currently pending before the court are Defendants' Motion to Compel Compliance of Joseph Kenary With Third Party Document Subpoena ("Motion") (ECF No. 1); Joe Kenary's Memorandum in Support of His Response to Defendants' Motion to Compel Compliance With Third-Party Document Subpoena ("Response") (ECF No. 5); and Defendants' Reply to Response of Steven Kenary to Defendants' Motion to Compel Compliance With Third Party Document Subpoena ("Reply") (ECF No. 9).

By paperless order dated May 30, 2023, the court directed the parties to file a **joint** status report by no later than June 30, 2023 updating the court on the status of the case.  (ECF No. 8).  Counsel for defendants timely filed the required status report but advised the court that, despite multiple efforts, they had been unable to reach counsel for third party Joseph Kenary.  (ECF No. 10).  To date, counsel for Joseph Kenary has not provided the court with the required status report.   Further, counsel for the defendants advised that counsel for Joseph Kenary had been unresponsive to defendants' efforts to address the merits of the dispute by discussing additional possible search terms for documents responsive to the subpoena issued to Mr. Kenary.  (ECF Nos. 9 and 10).

<u>Securities and Exchange Commission v. Princeton Alternative Funding, LLC, et al.</u>
Civil No. JRR-23-841
July 27, 2023
Page 2

    Accordingly, counsel for Mr. Kenary is directed to meet and confer with counsel for the defendants in accordance with this court's Local Rule 104.7. Counsel are directed to file, **by no later than August 14, 2023**, a **JOINT** status report detailing the following information: (a) the date, time, and place of the discovery conference, and the names of all persons participating therein, (b) an itemization of the issues requiring resolution by the court; and (c) the status of the litigation pending in the Northern District of Texas referenced in ECF No. 9.

    Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge