**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : Civil Action No. 1:23-cv-00841-JRR |
| | : |
| | : Judge Hon. Beth P. Gesner |
| Plaintiff, | : |
| | : |
| v. | : Case in other Federal Court: |
| | : |
| PRINCETON ALTERNATIVE FUNDING, | : District of New Jersey |
| LLC, MICROBILT CORPORATION, PHILIP | : 3:21-cv-12971-ZNQ-RL |
| N. BURGESS, WALTER | : |
| WOJCIECHOWSKI, and JOHN COOK, JR., | : |
| | : |
| Defendants. | : |

**TWENTY-FIRST JOINT STATUS REPORT**
**REGARDING DEFENDANTS' MOTION TO COMPEL**
**COMPLIANCE WITH THIRD PARTY DOCUMENT SUBPOENA**

Defendants Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr. ("Movants") and Joseph Kenary ("Respondent") (together, Movants and Respondent, the "Parties"), through their respective counsel, pursuant to this Court's (paperless) Order, dated February 27, 2024 (ECF No. 24), hereby submit this **Twenty-First Joint Status Report** regarding Defendants' Motion to Compel Compliance With Third Party Subpoena (the "Motion") (ECF No. 1).

As this Court was initially advised in the Parties' filed Third Joint Status Report (ECF No. 18) (the "Third Status Report"), Magistrate Judge Cureton of the United States District Court for the Northern District of Texas, who is presiding over a parallel miscellaneous matter involving Respondent Steven Bellah ("Bellah") venued in the Northern District of Texas (Fort Worth division), Civil Docket 1:23-cv-00841-JRR (the "Bellah Litigation"), issued an order, dated August 9, 2023 (ECF No. 12) (the "Texas Order"), which was attached the Third Status Report as

1

**Exh. 1**. The Texas Order granted Movants' Motion to Compel that was identical to the Motion to Compel filed in this litigation.

On August 23, 2023, Bellah filed a Rule 72(a) Objection (Bellah Litigation, ECF No. 13) to the Texas Order which was attached to the Third Status Report as Exh. 2 (the "Rule 72 Objection"). Thereafter, on August 30, 2023, the Parties met and conferred telephonically but did not resolve the issues. As a result, Movants filed their Response (Bellah Litigation, ECF No. 14) to the Objection to the Texas Order which was attached to the Third Status Report as Exh. 3 (the "Response"). The Parties at the moment are still waiting for the Bellah District Court in Texas to rule upon the pending Rule 72 Objection and Response. Accordingly, as a result, there have been no further developments since the filing of the **Twentieth Status Report**, except, however, that, by previous paperless Order, dated February 27, 2024, this Court administratively stayed this matter pending the disposition in the Bellah Litigation. In its February 27, 2024 Order, this Court ordered that the "parties shall submit joint status reports via ECF on the earlier of every 45 days (beginning April 12, 2024) or within 7 days of a ruling on the Rule 72 Objection and Response in the Bellah Litigation. Upon the Bellah Litigation's conclusion, the parties shall further provide the court no fewer than three (3) agreed upon dates for a status conference over which United States Magistrate Judge Abelson will preside." *Id.*

Accordingly, for the above reasons, and because of the on-point similarities between this litigation and the Bellah Litigation, and in light of the Parties' respective filings in the Bellah Litigation still to be ruled upon by the Bellah District Court, counsel for the Parties, consistent with the requirements set forth in the February 27, 2024 Order, shall submit a **Twenty-Second Status Report by Friday, May 1, 2026** (45 days from the date hereof), or, within 7 days of a ruling on the Rule 72 Objection and Response in the Bellah Litigation, whichever occurs first.

**Defendants,**
**By Their Attorney,**

*/s/ Jeffrey S. Jacobovitz*
Jeffrey S. Jacobovitz, Esquire
Maryland Bar No. 8802040010
**ARNALL GOLDEN GREGORY LLP**
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
jeffrey.jacobovitz@agg.com

**Of Counsel (to be admitted *pro hac vice*):**

**KROVATIN NAU LLC**
Gerald Krovatin, Esquire (NJ Attorney No. 024351977)
60 Park Place, Suite 1100
Newark, New Jersey 07102
gkrovatin@krovatin.com

**MCCABE LAW GROUP, LLC**
Gerard M. McCabe, Esquire (PA Attorney No. 66564)
6172 Argos Drive
Blue Bell, PA 19422
gmccabe@mccabe.law

Dated: March 16, 2026

3

## CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, Esquire, hereby certify that, on March 16, 2026, I electronically filed the foregoing Joint Status Report using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz, Esquire